Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LEROY CROWDER,<br><br>Defendant. | No. CR14-296RSM<br><br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States motion to dismiss the pending supervised release violation set forth in a petition dated July 9, 2020.

IT IS HEREBY ORDERED: The pending supervised release violation set forth in a petition dated July 9, 2020, is dismissed. The defendant remains on supervised release.

DATED this 28th day of September, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*/s/ Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

*Order of Dismissal -- 1*
*U.S. v. Kevin Leroy Crowder; CR14-296RSM*